UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RH9 GROUP, LLC, *et al.*,         :
:
                   Plaintiffs,     :
:      22-CV-9399 (VSB)
      -against-          :
:      **ORDER**
ALON ZAKAIM FINE ART LIMITED, *et al.*, :
:
                Defendants.   :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case reached a settlement agreement before Magistrate Judge Parker. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 20, 2025
         New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge